

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-18-2006

# USA v. Brownlee

Precedential or Non-Precedential: Precedential

Docket No. 04-4134

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Brownlee" (2006). *2006 Decisions.* Paper 395.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/395

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 04-4134

———————

UNITED STATES OF AMERICA

v.

CRAIG WILLIAM BROWNLEE,

Appellant

———————

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal Action No. 03-cr-00199)
District Judge: Honorable Arthur J. Schwab

———————

Argued March 7, 2006

Before: RENDELL and AMBRO, Circuit Judges,
SHAPIRO,* District Judge

(Opinion filed July 18, 2006)

———————

**ORDER AMENDING PUBLISHED OPINION**

AMBRO, *Circuit Judge*

        IT IS NOW ORDERED that the published Opinion in the above case filed

———————

*Honorable Norma L. Shapiro, Senior District Judge for the Eastern District of
Pennsylvania, sitting by designation.

July 18, 2006, be amended as follows:

On page 22, first full paragraph, third line down, replace the name "Rudolph" with "Rudolf".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated:  September 18, 2006